# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 16-Civ-24957-COOKE/TORRES

MOYAL WELLNESS CENTER, LLC,
a Florida limited liability company,

      Plaintiff,

vs.

OLYMPUS MEDICAL PLAN LLC,
a Florida limited liability company,

      Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Not. Dismissal Without Prejudice, ECF No. 13. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 19TH day of January 2017.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*